## W. B. DUNCAN, ET AL., *v.* GEORGE GRIFFY, ET AL.

**Transfer of Courses to Federal Court—Security.**

Where the conditions exist to authorize the transfer of a cause
from the state to federal court, the applicant for transfer must at
the time of making his application, offer good surety that he will
enter said cause in the federal court and file copy of papers as re-
quired by the Federal Statutes.

### APPEAL FROM HICKMAN COURT OF COMMON PLEAS.

February 18, 1876.

OPINION BY JUDGE LINDSAY:

This appeal is from an order of the court of common pleas, over-
ruling the motion of the appellants to transfer the cause to the cir-
cuit court of the United States for the district of Kentucky.

The motion was based upon the provisions of section 639 of the
Revised Statutes of the United States. The appellants are citizens
and residents of states other than Kentucky; the appellees are citi-
zens and residents of said last named state. It is claimed that the
amount, in dispute, exclusive of costs, exceeds the sum of five hun-
dred dollars.

In order to have a reversal in such a case, the petitioner must at
the time of filing his petition offer in the state court good and suf-
ficient surety for his entering in the circuit court of the United
States on the first day of its session copies of the process against
him, and of all pleadings, depositions, testimony and other proceed-
ings in the cause, etc. The record before us does not show that ap-
pellants offered any such surety, or in fact any surety at all. This
condition precedent not having been complied with, the common
pleas judge properly *overruled* the motion for the removal.

Further than this it was necessary that the appellants should make
it appear to the satisfaction of the court that the amount in dispute,
exclusive of costs, exceeded the sum of five hundred dollars. The
amended petition of appellees filed at the time the motion was made,
showed that the amount in controversy at the time appellants were
made parties was less than $400. We have no bill of exceptions
showing what evidence the court heard on this subject whilst the
motion was pending, and we cannot, therefore, adjudge that it was
made to appear that the amount in dispute brought the cause within
the provisions of the act of congress.

For these reasons, either of which is sufficient, the order overruling the motion for the removal is *affirmed.*

*Steele & Steele, for appellants. E. Q. Bullock, for appellees.*